# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144157

DONNA SEUDEAL,
          Plaintiff-Appellant,

v

CIENA HEALTH CARE MANAGEMENT, INC.,
a/k/a CIENA HEALTHCARE MANAGEMENT,
INC., WILLOWBROOK ACQUISITION
COMPANY, LLC, WILLOWBROOK MANOR
and JAMES NASH,
          Defendants-Appellees.

SC: 144157
COA: 300144
Genesee CC: 09-091550-CL

_____/

On order of the Court, the application for leave to appeal the October 18, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

p0319